

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RSL COMMUNICATIONS, PLC,

          Plaintiff,

-v-

NESIM BILDIRICI, *et al.*,

          Defendants.

No. 04 Civ. 5217 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's May 11, 2009 pre-motion letter, and Defendants' May 14, 2009 response. Having reviewed the parties' submissions and the authority contained therein, the Court deems the previously scheduled pre-motion conference to be unnecessary. Accordingly, the Court hereby adopts the following schedule:

    By May 29, 2009, Plaintiff shall file its contemplated "motion to supplement the factual record in this case," which shall include copies of the proposed supplemental expert reports that Plaintiff seeks to add to the record.

    By June 12, 2009, Defendants shall file their opposition to the motion.

    By June 19, 2009, Plaintiff shall file its reply.

SO ORDERED.

Dated:    May 15, 2009
               New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE