GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
John H. Bae, Esq.
baej@gtlaw.com

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Ingrid Bagby, Esq.
ingrid.bagby@cwt.com

Co-counsel for Plaintiff, RSL Communications Plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RSL COMMUNICATIONS PLC, by Michael John Andrew Jervis and Steven Anthony Pearson, as the Joint Administrators,<br><br>        Plaintiff,<br><br> -against-<br><br>NESIM BILDIRICI, PAUL DOMORSKI, ITZHAK FISHER, RONALD S. LAUDER, STEVEN SCHIFFMAN, JACOB SCHUSTER and EUGENE SEKULOW,<br><br>        Defendants. | 04 Civ. 5217 (RJS) |

NOTICE OF MOTION

   PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Motion of

RSL Communications Plc to Supplement Discovery; the Declaration of John H. Bae in Support

of Motion of RSL Communications Plc to Supplement Discovery, dated May 29, 2009, and

accompanying exhibits; and all pleadings herein; plaintiff RSL Communications Plc ("RSL Plc"), by Steven Anthony Pearson and Michael John Andrew Jervis as joint administrators, and by its undersigned attorneys, hereby moves for an Order pursuant to Federal Rule of Civil Procedure 56(f) allowing RSL Plc to supplement the record in this case with additional discovery.  Oral argument will be held on a date and at a time designated by the Court.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order of this Court dated May 15, 2009, defendants' opposition papers are due on June 12, 2009, and plaintiff's reply, if any, is due on June 19, 2009.

Dated: New York, New York
May 29, 2009

Respectfully submitted,

/s/ *John H. Bae*
GREENBERG TRAURIG, LLP
John H. Bae
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
baej@gtlaw.com

CADWALADER, WICKERSHAM & TAFT LLP
Ingrid Bagby
One World Financial Center
New York, New York 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
ingrid.bagby@cwt.com

Co-counsel for Plaintiff RSL Communications Plc