UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RSL COMMUNICATIONS, PLC,

                Plaintiff,

-v-

NESIM BILDIRICI, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09

No. 04 Civ. 5217 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of Defendant Itzhak Fisher's letter dated September 18, 2009, which stated that the parties were unable to resolve the remaining dispute and will proceed to oral argument.

       IT IS HEREBY ORDERED that the oral argument originally scheduled for September 24, 2009 will now take place on September 29, 2009 at 2:00 p.m.

SO ORDERED.

Dated:      September 21, 2009
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE